Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __Harsper Walker Coats__
　　　　　　　　Debtor

Case No. __08-5460__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__　Check one ☐ With the filing of the petition, or
   　　　　　　　　　　　☐ On or before __March 14th__

   $ __68.50__ on or before __March 28th__

   $ __68.50__ on or before __April 12th__

   $ __68.50__ on or before __April 26th__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  　　　__Harsper Walker Coats__　__3-7-08__
Signature of Attorney　　　Date　　　　Signature of Debtor　　　　　　Date
　　　　　　　　　　　　　　　　　　(In a joint case, both spouses must sign.)

_____
Name of Attorney

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature of Joint Debtor (if any)　Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 7 2008
KENNETH S. GARDNER CLERK
PS REP. - EG

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____ Illinois _____

In re _Harper Walker Gibs_                                Case No. _08-5460_
           Debtor
                                                          Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐       IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐       IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐       IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                              BY THE COURT

                                                              **KENNETH S. GARDNER**
                                                              **Clerk, U.S. Bankruptcy Court**
Date: _3-7-08_                                                _____
                                                              Kenneth S. Gardner, Clerk of the Court